Jennie Leibsker, appellee, v. New York Life Insurance Company, appellant. Gen. No. 28,458.

Assumpsit on policy of life insurance. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 4, 1924.

Hamlin Topliff & Cooper, for appellant. E. Marshall Amberg and David H. Greenberg, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

West Florida Grocery Company, appellee, v. J. Henry Krause and The Krause State Savings Bank, appellants. Gen. No. 28,509.

Action upon contract of guaranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James W. Gordon, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Lauritz P. Hwass & Charles S. Knudson, for appellants. Hoyne & O'Connor, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Charles B. Travis, appellee, v. Herman W. Grossman and Goldie S. Grossman, appellants. Gen. No. 28,526.

Action to recover commission for procuring purchaser for real property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Berezniak & Dittus, for appellants. Ellis & Westbrooks, George W. Blackwell, Harris B. Gaines, James S. Winfrey, W. Chester Kitchen and Franklin A. Lovelace, for appellee; Richard E. Westbrooks, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

The Whittier Company, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 28,554.

Action for breach of contract for transportation of merchandise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924. Rehearing denied June 24, 1924.

Kretzinger, Kretzinger & Smith, for appellant. Culver, Andrews & King, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.